# CASE ANNOUNCEMENTS

*May 3, 2011*

[Cite as *05/03/2011 Case Announcements*, 2011-Ohio-2108.]

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2011–0439.   Johnson v. Johnson.**
Miami App. No. 2010CA2, 2011-Ohio-500.

**2011–0672.   State ex rel. Knapp v. Indus. Comm.**
Franklin App. No. 09AP–1038, 2011-Ohio-1088.

**2011–0683.   State ex rel. Wasserman v. Fremont.**
Sandusky App. No. S–10–031, 2011-Ohio-1269.
    The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–1614.   State ex rel. Ruscilli Constr. Co., Inc. v. Indus. Comm.**
Franklin App. No. 09AP–1006, 2010-Ohio-4126.

**2011–0060.   State ex rel. Oakwood v. Indus. Comm.**
Franklin App. No. 09AP–999, 190 Ohio App.3d 689, 2010-Ohio-5861.

# CASE ANNOUNCEMENTS

*May 4, 2011*

[Cite as *05/04/2011 Case Announcements*, 2011-Ohio-2055.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–2125.   State ex rel. Whitaker v. Timmerman–Cooper.**
Madison App. No. CA2010–08–016. The appeal is dismissed as moot because appellant has been discharged from prison. *Crase v. Bradshaw,* 108 Ohio St.3d 212, 2006-Ohio-663, 842 N.E.2d 513, ¶ 5; *State ex rel. Gordon v. Murphy,* 112 Ohio St.3d 329, 2006-Ohio-6572, 859 N.E.2d 928, ¶ 6. Cause dismissed.
    O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0235.   State ex rel. Christoff v. Turner.**
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Motion for class certification denied. Request for oral argument denied. Cause dismissed.
    O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.
    O'DONNELL, J., not participating.

**2011–0275.   State ex rel. Turner v. Brown.**
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Motion for class

certification denied. Request for oral argument denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur. O'DONNELL, J., not participating.

**2011-0279. [State ex rel.] Johnson v. Sheeran.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011-0280. State ex rel. Kelly v. Bressler.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011-0317. [State ex rel.] Ezell v. Fuerst.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Motion to take judicial notice and petition for judgment denied as moot.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011-0349. [State ex rel.] Logan v. Hunter.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Petition for judgment denied as moot. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011-0487. State v. Pace.**
Franklin App. No. 10AP-547, 2011-Ohio-1335. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur. LUNDBERG STRATTON, J., dissents.

# MOTION AND PROCEDURAL RULINGS

**2010-1672. Pavelish v. Cincinnati.**
Hamilton App. No. C-090812. On motion for clarification. Motion denied.

**2011-0145. State ex rel. Dawson v. Bloom-Carroll Local School Dist.**
In Mandamus. Respondent's motion for judgment on the pleadings is denied. Sua sponte, an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:

The parties shall file any evidence they intend to present within 20 days of the date of this entry, relator shall file a brief within ten days of the filing of the evidence, respondent shall file a brief within 20 days after the filing of relator's brief, and relator may file a reply brief within seven days after filing of respondent's brief. Relator's motion for in camera review is granted, and respondent is ordered to submit as part of its evidence for in camera review unredacted copies of the records for which it claims exemptions.

O'DONNELL, J., dissents and would grant the motion for judgment on the pleadings.

**2011-0405. State v. McDowall.**
Franklin App. No. 09AP-443, 2009-Ohio-6902. On motion for leave to file delayed appeal. Motion denied.

**2011-0416. State v. Caskey.**
Lake App. No. 2010-L-014, 2010-Ohio-4697. On motion for leave to file delayed appeal. Motion denied. PFEIFER and McGEE BROWN, JJ., dissent.